Report Date: January 10, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Elijah Juan James | Case Number: 0980 1:16CR02048-SAB-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge | |
| Date of Original Sentence: March 8, 2017 | |
| Original Offense: | Crime on Indian Reservation-Assault by Striking Beating, or Wounding, 18 U.S.C. §§ 113(a)(4) & 1153 |
| Original Sentence: Prison - 3 months<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Benjamin David Seal | Date Supervision Commenced: March 31, 2017 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: March 30, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/05/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4** : You shall abstain from the use of illegal controlled substances, and shall submit to uranalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On March 31, 2017, Mr. James reported to the United States Probation Office. He was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment stating he understood his conditions. |
| | Due to Mr. James' admitted drug use, he was directed to begin phase urine testing, and was to call the urine testing hotline daily, and listen for the color "Brown 1." If said color was called, he was directed to report between 7 a.m. and 7 p.m. to Pioneer Human Services (PHS) to supply a urine sample. |
| | On January 2, 2018, the color "Brown1" was called, and Mr. James reported as directed. He supplied a urine sample which tested presumptive positive for methamphetamine. Mr. James signed a drug use admission form stating he used methamphetamine on December 30, 2017. This sample was sent to Alere Toxicology Laboratory (Alere) for confirmation. On January 8, 2018, Alere confirmed that Mr. James' urine sample was positive for methamphetamine. |

Prob12C
**Re: James, Elijah Juan**
**January 10, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/10/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[xx] Defendant to appear before the Magistrate Judge.
[ ] Other

_Stanley A. Sestran_
Signature of Judicial Officer

1/11/2018
Date